```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  JILL M. STURTEVANT, SBN 089395
    ASSISTANT UNITED STATES TRUSTEE
 3  Alvin Mar, SBN 151482
    TRIAL ATTORNEY
 4  OFFICE OF THE UNITED STATES TRUSTEE
    915 Wilshire Boulevard, Suite 1850
 5  Los Angeles, California 90017-3560
    Telephone: (213) 894-4219; Facsimile: (213) 894-2603
 6  Email: alvin.mar@usdoj.gov
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Prime Choice Foods, Inc.<br><br>a Virginia Corporation;<br><br>                Debtor. | ) Chapter 11<br>)<br>) Case No. 2:14-bk-13422-RK<br>)<br>) NOTICE OF APPOINTMENT AND<br>) APPOINTMENT OF COMMITTEE OF<br>) CREDITORS HOLDING UNSECURED<br>) CLAIMS<br>)<br>) (No Hearing Required) |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following Five (5) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: March 18, 2014

                                     PETER C. ANDERSON
                                     United States Trustee

                              By: /s/ Jill M. Sturtevant
                                    Jill M. Sturtevant
                                    Assistant United States Trustee

# EXHIBIT A

In re: Prime Choice Foods, Inc. a Virginia Corporation; 2:14-bk-13422-RK

Genpak, Division of Great Pacific Ent. L.P.
c/o Kristine Smith, Director of Finance, Canadian Operations
285 Industrial Parkway South
Aurora, ON, Canada
L4G3V8
Phone: 905-727-0121
Fax: 905-727-9129
Email: ksmith@genpak.com

Freeline Organic Food USa LLC
c/o Peter Dekok, President/Owner
46 Colony Road
Westport, CT 06880
Phone: 203-557-4265
Email: peter@freelineorganicfood.com

Clark Specialty Grains, LLC
c/o James R. Clark, President
22530 S. Banner Rd.
Gothenurg, NE 69138
Phone: 308-537-2004
Fax: 308-537-2008
Email: jim.clark@clarkspecialtygrains.com

Three Horse Lending

Attn: John D. Tickle II, Managing Director

100 Lick Branch Road

Bristol, TN 37620

Phone: 423-612-7606

Fax: 910-338-0907

Email: jdtickleii@strongwell.com


Richland IFC, Inc.

Attn: Rick Brandenburger, President and CEO

100 North 10th Street

Breckenridge, MN 56520

Phone: 218-643-1797

Email: rick@richlandifc.com
///

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560

A true and correct copy of the foregoing document entitled (*specify*): Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/18/14, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On 3/18/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/18/14, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/18/14 | Helen Cruz | /s/ Helen Cruz |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   Kristine Smith, Director of Finance, Canadian Operations — ksmith@genpak.com
   Peter Dekok, President/Owner — peter@freelineorganicfood.com
   James R. Clark, President — jim.clark@clarkspecialtygrains.com
   John D. Tickle II, Managing Director — jdtickleii@strongwell.com
   Rick Brandenburger, President and CEO — rick@richlandifc.com
   Alvin Mar — alvin.mar@usdoj.gov
   United States Trustee — ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**

   Debtor:
   Prime Choice Foods, Inc., a Virginia Corporation
   155 N. Lake Ave., #816
   Pasadena, CA 91101

   Genpak, Division of Great Pacific Ent. L.P.
   c/o Kristine Smith, Director of Finance, Canadian Operations
   285 Industrial Parkway South
   Aurora, ON, Canada
   L4G3V8

   Freeline Organic Food USa LLC
   c/o Peter Dekok, President/Owner
   46 Colony Road
   Westport, CT 06880

   Clark Specialty Grains, LLC
   c/o James R. Clark, President
   22530 S. Banner Rd.
   Gothenurg, NE 69138

   Three Horse Lending
   Attn: John D. Tickle II, Managing Director
   100 Lick Branch Road
   Bristol, TN 37620

   Richland IFC, Inc.
   Attn: Rick Brandenburger, President and CEO
   100 North 10th Street
   Breckenridge, MN 56520

   **SERVED BY FEDERAL EXPRESS**
   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE